NOT FOR PUBLICATION (Doc. No. 28)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

|  |  |
|---|---|
| COMITÉ DE APOYO A LOS TRABAJADORES AGRÍCOLAS, et al., | Civil No. 15–4014 (RBK) |
| Plaintiffs, | **OPINION** |
| v. |  |
| Thomas E. PEREZ, Secretary of Labor, et al., |  |
| Defendants. |  |

**KUGLER**, United States District Judge:

This matter comes before the Court upon the motion of Movant North America's Building Trades Unions (NABTU) for leave to participate as *amicus curiae* (Doc. No. 28). District courts may permit third parties to appear in court as *amicus curiae* where they "can contribute to the court's understanding" of the issues being presented before the court. *Harris v. Pernsley*, 820 F.2d 592, 603 (3d Cir. 1987). Because Plaintiffs failed to establish standing, this Court does not have subject matter jurisdiction and cannot consider the substantive arguments advanced by NABTU. As such, NABTU's Motion is **DENIED**.

Dated:   12/04/2015                                                                                                     s/ Robert B. Kugler

ROBERT B. KUGLER

United States District Judge